## Ed. H. Johnson, Appellee, v. George T. Lukeman, Sr., Appellant.

Gen. No. 9,539.

opinion filed October 29, 1947; released for publication November 25, 1947. Homer B. Harris, Arthur W. Lilienstein, and Giffin, Winning, Lindner, Newkirk & Jones, for appellant; Robert H. Brunsman, Robert F. Hails and George K. Blanchard, of counsel; Thos. P. Reep and Jefferson Lewis, for appellee. Opinion by JUSTICE HAYES. Not to be published in full.